1  Michele R. Stafford, Esq. (SBN 172509)
   George R. Nemiroff  (SBN 262058)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California  94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com
5  Email: gnemiroff@sjlawcorp.com

6  Attorneys for Plaintiffs, Operating Engineers' Health
   and Welfare Trust Fund For Northern California, et al.
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C17-2712-KAW |
12 | | **NOTICE OF VOLUNTARY DISMISSAL** |
13 | Plaintiffs, | |
14 | v. | |
15 | ARTURO SOLORZANO MUNOZ, an individual, dba SOLORZANO LANDSCAPE CONSTRUCTION, | |
16 | | |
17 | Defendant. | |

18
19     PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs Operating
20 Engineers' Health and Welfare Trust Fund for Northern California, et al. voluntarily dismiss, without
21 prejudice, their claim against Defendant Arturo Solorzano Munoz, an individual, dba Solorzano
22 Landscape Construction. Defendant has neither served an answer nor moved for summary judgment,
23 and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

24 DATED: April 23, 2018

                                    SALTZMAN & JOHNSON LAW CORPORATION
25
                              By:
26                                    _____/S/_____
                                    George R. Nemiroff
27                                  Attorneys for Plaintiffs, Operating Engineers' Health
                                    and Welfare Trust Fund For Northern California, et al.
28

                                          1

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **April 23, 2018**, I served the following document(s):

### NOTICE OF VOLUNTARY DISMISSAL

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

**ARTURO SOLORZANO MUNOZ, an individual, dba**
**SOLORZANO LANDSCAPE CONSTRUCTION**
**27537 East 12th Street**
**Hayward, CA 94544**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **April 23, 2018,** at San Francisco, California.

/S/
Alicia Skwarnicki
Paralegal